THE PEOPLE OF THE STATE OF NEW YORK ex rel. EUGENE A. MASTERSON, Respondent, *v.* JAMES J. MARTIN et al., Police Commissioners of the City of New York, Appellants.

*People ex rel. Masterson* v. *Martin,* 17 App. Div. 555, affirmed.
(Argued December 6, 1897; decided January 11, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 24, 1897, which reversed, on certiorari, a determination of the board of police commissioners of the city of New York dismissing the relator from the police force of the city and directed his reinstatement.

*Theodore Connoly* and *Francis M. Scott* for appellants.

*Louis J. Grant* for respondent.

Order affirmed, with costs, on opinion below.
All concur.

---

In the Matter of Acquiring Title by THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondent, to Certain Lands in the Sixth Ward of the City ; GEORGETTE BROWN et al., Appellants.

*Matter of Mayor of New York,* 20 App. Div. 626, appeal dismissed.
(Argued December 6, 1897; decided January 11, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 4, 1897, which affirmed an order of Special Term denying an application on behalf of certain property owners to vacate an order appointing commissioners of appraisal.

*Henry F. Miller, John L. Cadwalader* and *J. Frederick Kernochan* for appellants.

*Theodore Connoly* and *Francis M. Scott* for respondent.

Appeal dismissed, with costs; no opinion.
All concur.